IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN WEIN,
    Plaintiff,

vs.                              Case No.: 3:20cv2697/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On February 10, 2020, the court ordered Plaintiff to pay the filing fee or file a motion to proceed in forma pauperis ("IFP") within thirty (30) days (ECF No. 4). Plaintiff failed to pay the filing fee or file an IFP motion by the deadline; therefore, on March 18, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for his failure to comply with the court's order (ECF No. 5). The time for compliance with the show cause order has now elapsed, and Plaintiff has not paid the filing fee, filed an IFP motion, or explained his failure to comply.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court That the clerk be directed to close the file.

2. That the clerk of court be directed to close this case.

At Pensacola, Florida, this 1st day of May 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.