IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN WEIN,
    Plaintiff,

vs.                                                Case No.: 3:20cv2697/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,
    Defendant.
_____/

## **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on May 1, 2020 (ECF No. 6).  Plaintiff was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 28th day of  May, 2020.


                              s/*L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**